■ LOIS PROSTACK, Appellant, v CITY OF SCHENECTADY, Respondent.—Appeal from an order of the Supreme Court (Mercure, J.), entered December 9, 1986 in Schenectady County, which granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, without costs, upon the opinion of Justice Thomas E. Mercure *(see also, Scheer v Koubek,* 70 NY2d 678). Mahoney, P. J., Kane, Main, Yesawich, Jr., and Levine, JJ., concur.